**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01010-CR
No. 05-15-01330-CR

**BRIAN KEITH CHITWOOD II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F06-29453-V, F06-29454-V**

## ORDER

In his November 25, 2015 second unopposed motion to extend the time to file appellant's brief, appellant requests an extension on his brief because the record on appeal does not contain a reporter's record from the underlying plea hearing. The clerk's records in these appeals indicate Kimberly Xavier was the court reporter for the plea hearing held on June 1, 2007.

We **GRANT** appellant's motion. We **ORDER** court reporter Kimberly Xavier to file, within **THIRTY** days of the date of this order, a supplemental reporter's record of the plea hearing conducted in these appeals on June 1, 2007.

We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to court reporter Kimberly Xavier and counsel for the parties.

/s/     LANA MYERS
           JUSTICE